No. D–293. IN RE DISBARMENT OF DOYLE. It is ordered that Eugene William Doyle, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–294. IN RE DISBARMENT OF WOLFF. It is ordered that Peter Wolff, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–295. IN RE DISBARMENT OF MOYER. It is ordered that J. Hudson Moyer, of Amarillo, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–296. IN RE DISBARMENT OF COLEMAN. It is ordered that Frederick L. Coleman, Jr., of Big Spring, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–297. IN RE DISBARMENT OF JEFFCOAT. It is ordered that Lynn R. Jeffcoat, of Richardson, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.